IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BAYER AG, et al.,

    Plaintiffs,

v.

BIOVAIL LABORATORIES, INC., et al.,

    Defendants.

CIVIL NO. 98-1282 (RLA)
CIVIL NO. 98-1340 (RLA)
CIVIL NO. 98-1494 (RLA)
CIVIL NO. 98-1768 (RLA)
CIVIL NO. 01-1205 (RLA)
CIVIL NO. 01-1206 (RLA)

## JUDGMENT

The Stipulation of Dismissal of Bayer and Pfizer's Claims against Biovail and Teva, filed on July 16, 2003 (docket No. 159) is **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted by plaintiffs in the above-captioned proceedings be and the same are hereby **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of July, 2003.

RAYMOND L. ACOSTA
United States District Judge